John J. Gezelin, Esq.
Nevada State Bar No. 81
405 Marsh Avenue, Main Floor
Reno, NV 89509
Telephone: 775/337-9597
Facsimile: 844/273-2147
john@gezelinlaw.com

Frank W. Thompson, Esq.
Nevada State Bar No. 1577
ERWIN THOMPSON FAILLERS
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: 775/786-9494
Facsimile: 775/786-1180
frank@thompson.reno.nv.us

Attorneys for Defendants, Michael Casey, Claudia Casey,
John Getto and Getto Subs, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| PORT OF SUBS, INC., A Nevada Corporation, | Case No. 3:18-cv-00085-MMD-WGC |
| Plaintiff, | |
| vs. | |
| THOMAS B. THOMAS; LINDA M. THOMAS; MICHAEL CASEY; CLAUDIA CASEY; JOHN GETTO; GETTO SUBS, LLC; PORT FALLON, INC., | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS MICHAEL CASEY, CLAUDIA CASEY, JOHN GETTO, and GETTO SUBS, LLC, TO RESPOND TO THE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
(First Request)

Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh, Baker & Rosevear, and Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC, by and through their attorneys John J. Gezelin, Esq., and Frank W. Thompson, Esq., of Erwin Thompson Faillers,

1

stipulate and agree to extend the time for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC, to answer, move or otherwise plead in response to Plaintiff's Complaint for Damages and Injunctive Relief for fourteen (14) days from March 26, 2018, to April 9, 2018.

DATED: March 23, 2018.

WALSH, BAKER & ROSEVEAR

By: /s/ James M. Walsh
James M. Walsh, Esq.
jmwalsh@wbrl.net
Walsh, Baker & Rosevear
9468 Double R Boulevard, Suite A
Reno, NV 89521
Telephone: 775/853-0883

Attorneys for Plaintiff, Port of Subs, Inc.

JOHN J. GEZELIN, ESQ.
john@gezelinlaw.com
Nevada State Bar No. 81
405 Marsh Avenue, Main Floor
Reno, NV 89509

ERWIN THOMPSON FAILLERS

By: /s/ Frank Thompson
Frank W. Thompson, Esq.
frank@thompson.reno.nv.us
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: 775/786-9494

Attorneys for Defendants, Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC.

**IT IS SO ORDERED.**

Dated: March 27, 2018.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

2