Taylor M. Jenkins, Esq.
State Bar No. 14064
2035 Peaceful Valley Dr.
Reno, Nevada 89521
775.622.6285
taylor@nnvtrustlaw.com
Attorney for Defendants
Thomas B. Thomas, Linda M. Thomas
and Port Fallon, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PORT OF SUBS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>THOMAS B. THOMAS; LINDA M. THOMAS; MICHAEL CASEY; CLAUDIA CASEY; JOHN GETTO; GETTO SUBS, INC.; PORT FALLON, INC.<br><br>Defendants. | Case No.:   3:18-cv-00085-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS THOMAS B. THOMAS, LINDA M. THOMAS AND PORT FALLON, INC. TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh, Baker & Rosevear, and Defendants Thomas B. Thomas, Linda M. Thomas, and Port Fallon, Inc., by and through their attorneys Taylor M. Jenkins, Esq., stipulate and agree to extend the time for Defendants Thomas B. Thomas, Linda M. Thomas, and Port Fallon, Inc., to answer, move or otherwise plead in response to Plaintiff's Complaint for Damages and Injunctive Relief to April 2, 2018.

DATED this 26th day of March, 2018.

**WALSH, BAKER & ROSEVEAR**

JAMES M. WALSH, ESQ.
State Bar No. 796
9468 Double R. Blvd., Suite A
Reno, Nevada 89521
Attorney for Plaintiff

By: 
TAYLOR M. JENKINS, ESQ.
State Bar No. 14064
2035 Peaceful Valley Drive
Reno, Nevada 89521
Attorneys for Defendants, Thomas B. and
Linda M. Thomas and Port Fallon, Inc.

1

IT IS SO ORDERED.

DATED: March 27, 2018.

_____
UNITED STATES MAGISTRATE JUDGE