John J. Gezelin, Esq.
Nevada State Bar No. 81
405 Marsh Avenue, Main Floor
Reno, NV 89509
Telephone: 775/337-9597
Facsimile: 844/273-2147
john@gezelinlaw.com

Frank W. Thompson, Esq.
Nevada State Bar No. 1577
ERWIN THOMPSON FAILLERS
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: 775/786-9494
Facsimile: 775/786-1180
frank@thompson.reno.nv.us

Attorneys for Defendants, Michael Casey, Claudia Casey,
John Getto and Getto Subs, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| PORT OF SUBS, INC., A Nevada Corporation,<br><br>Plaintiff,<br>v.<br><br>THOMAS B. THOMAS; LINDA M. THOMAS;<br>MICHAEL CASEY; CLAUDIA CASEY;<br>JOHN GETTO; GETTO SUBS, LLC;<br>PORT FALLON, INC.,<br><br>Defendants.<br>_____/ | Case No. 3:18-cv-00085-MMD-WGC<br><br>STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR DEFENDANTS MICHAEL CASEY, CLAUDIA CASEY, JOHN GETTO and GETTO SUBS, LLC., TO RESPOND TO THE MOTION FOR PRELIMINARY INJUNCTION<br><br>(First Request) |

Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh Baker & Rosevear, and Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC, by and through their attorneys John J. Gezelin, Esq., and Frank W. Thompson, Esq., of Erwin Thompson Faillers, stipulate and agree to extend the time for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC, to respond to Plaintiff's Motion for Preliminary

Injunction filed on March 13, 2018 (ECF No. 5) for fourteen (14) days from March 27, 2018 to April 10, 2018.

Defendants counsel John J. Gezelin, Esq., and Frank W. Thompson, Esq., of Erwin Thompson Faillers, request the extension of time to prepare a response to Plaintiff's Motion for Preliminary Injunction because they have been recently retained to represent Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC and require additional time to prepare a response.

WALSH, BAKER & ROSEVEAR

By: /s/ James M. Walsh
James M. Walsh, Esq.
jmwalsh@wbrl.net
Walsh, Baker & Rosevear
9468 Double R Boulevard, Suite A
Reno, NV 89521
Telephone: 775/853-0883

Attorneys for Plaintiff, Port of Subs, Inc.

JOHN J. GEZELIN, ESQ.
john@gezelinlaw.com
Nevada State Bar No. 81
405 Marsh Avenue, Main Floor
Reno, NV 89509

ERWIN THOMPSON FAILLERS

By: /s/ Frank W. Thompson
Frank W. Thompson, Esq.
frank@thompson.reno.nv.us
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: 775/786-9494

Attorneys for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC.

IT IS SO ORDERED.

_____
U. S. DISTRICT JUDGE

DATED: March 27, 2018.

2