Taylor M. Jenkins, Esq.
State Bar No. 14064
2035 Peaceful Valley Dr.
Reno, Nevada 89521
775.622.6285
taylor@nnvtrustlaw.com
Attorney for Defendants
Thomas B. Thomas, Linda M. Thomas,
And Port Fallon, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PORT OF SUBS, INC., A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS B. THOMAS; LINDA THOMAS; MICHAEL CASEY; CLAUDIA CASEY; JOHN GETTO; GETTO SUBS, LLC; PORT FALLON, INC.,<br><br>Defendant. | Case No.: 3:18-CV-00085-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS THOMAS B. THOMAS, LINDA M. THOMAS AND PORT FALLON INC., TO RESPOND TO COMPLAINT (SECOND REQUEST)** |

Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh, Baker & Rosevear, and Defendants Thomas B. Thomas, Linda M. Thomas, and Port Fallon Inc., by and through their attorney, Taylor M. Jenkins, Esq., stipulate and agree to extend the time for the Defendants Thomas B. Thomas, Linda M. Thomas, and Port Fallon Inc., to answer, move or otherwise plead in response to Plaintiff's Complaint for Damages and Injunctive Relief to April 9, 2018.

DATED this 2nd day of April, 2018

WALSH, BAKER & ROSEVEAR

*/s/ James M. Walsh*

JAMES M. WALSH, ESQ.
State Bar No. 796
9468 Double R Blvd., Suite A

*/s/ Taylor M. Jenkins*

TAYLOR M. JENKINS, ESQ.
State Bar No. 14064
2035 Peaceful Valley Drive

**IT IS SO ORDERED.**

DATED: April 3, 2018.

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE