James M. Walsh, Esq.
jmwalsh@wbrl.net
State Bar No. 796
Walsh, Baker & Rosevear
9468 Double R. Blvd., Suite A
Reno, Nevada 89521
775.853.0883 telephone
775.853.0860 facsimile
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PORT OF SUBS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>THOMAS B. THOMAS; LINDA M. THOMAS; MICHAEL CASEY; CLAUDIA CASEY; JOHN GETTO; GETTO SUBS, INC.; PORT FALLON, INC.<br><br>Defendants. | Case No.: 3:18-cv-00085-MMD-WGC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS MICHAEL CASEY, CLAUDIA CASEY, JOHN GETTO AND GETTO SUBS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br>(First Request) |

COMES NOW, Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh, Baker & Rosevear, and Defendants Michael Casey, Claudia Casey, John Getto, and Getto Subs, Inc. by and through their counsel John J. Gezelin, Esq. and Frank W. Thompson, Esq. (hereinafter "the Parties") and hereby submit that Plaintiff's counsel miscalendared the date for filing its Reply to Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC's Opposition to Plaintiff's Motion for Preliminary Injunction which was to be filed on April 23, 2018, and therefore missed the filing deadline. The parties hereto hereby stipulate and agree to extend the time for Plaintiff to file its

///
///
///
///

1

Reply to Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC's Opposition to Plaintiff's Motion for Preliminary Injunction to May 7, 2018.

DATED this 26th day of April, 2018.

WALSH, BAKER & ROSEVEAR

*[signature]*

JAMES M. WALSH, ESQ.
Nevada State Bar No. 796
9468 Double R. Blvd., Suite A
Reno, Nevada 89521
(775) 853-0883
*Attorney for Plaintiff*

*[signature]*

FRANK W. THOMPSON, ESQ.
Nevada State Bar No. 1577
ERWIN THOMPSON FAILLERS
241 Ridge Street, Suite 210
Reno, Nevada 89501
(775) 786-9494

JOHN J. GEZLIN, ESQ.
Nevada State Bar No. 81
405 Marsh Avenue, Main Floor
Reno, Nevada 89509
(775) 337-9597

*Attorneys for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC*

**IT IS SO ORDERED.**

DATED: April 26, 2018

*[signature]*

UNITED STATES ~~MAGISTRATE~~ JUDGE

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am an employee of WALSH, BAKER & ROSEVEAR that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing document on all parties to this action by:

__XX__    Electronic filing with the Clerk of the Court by using the CMECF system which will send a notice of electronic filing

addressed as follows:

| | |
|---|---|
| JOHN J. GEZLIN, ESQ. | TAYLOR M. JENKINS, ESQ. |
| Nevada State Bar No. 81 | State Bar No. 14064 |
| 405 Marsh Avenue, Main Floor | 2035 Peaceful Valley Dr. |
| Reno, Nevada 89509 | Reno, Nevada 89521 |
| (775) 337-9597 | (775) 622-6285 |
| john@gezelinlaw.com | taylor@nnvtrustlaw.com |
| | |
| FRANK W. THOMPSON, ESQ. | *Attorney for Defendants, Thomas B. Thomas,* |
| Nevada State Bar No. 1577 | *Linda M. Thomas and Port Fallon, Inc.* |
| ERWIN THOMPSON FAILLERS | |
| 241 Ridge Street, Suite 210 | |
| Reno, Nevada 89501 | |
| (775) 786-9494 | |
| frank@thompson.reno.nv.us | |

*Attorneys for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __26__ day of April, 2018.

/s/ Denise Vollmer
_____
Denise Vollmer, an employee of
Walsh, Baker & Rosevear

3