1  John J. Gezelin, Esq.
2  Nevada State Bar No. 81
   405 Marsh Avenue, Main Floor
3  Reno, NV 89509
   Telephone: 775/337-9597
4  Facsimile: 844/273-2147
   Sohn@gezelinlaw.com
5
6  Frank W. Thompson, Esq.
   Nevada State Bar No. 1577
7  ERWIN THOMPSON FAILLERS
   241 Ridge Street, Suite 210
8  Reno, NV 89501
   Telephone: 775/786-9494
9  Facsimile: 775/786-1180
10 frank@thompson.reno.nv.us
11 Attorneys for Defendants, Michael Casey, Claudia Casey,
   John Getto and Getto Subs, LLC.
12

13
14                    **UNITED STATES DISTRICT COURT**

                           **DISTRICT OF NEVADA**
15
                              * it * *
16 PORT OF SUBS, INC., A Nevada Corporation,        **Case No.  3:18-cv-00085-MMD-WGC**

17              Plaintiff,                           **STIPULATION AND ORDER TO**
                                                     **VACATE AND CONTINUE**
18 v.                                                **SETTLEMENT CONFFERENCE**
                                                     **SCHEDULED FOR JUNE 27, 2018**
19 THOMAS B. THOMAS; LINDA M. THOMAS;               **(First Request)**
   MICHAEL CASEY; CLAUDIA CASEY;
20 JOHN GETTO; GETTO SUBS, LLC;
   PORT FALLON, INC.,
21
                Defendants.
22 _____/

23      Plaintiff Port of Subs, Inc., by and through its attorney, James M. Walsh, Esq., of Walsh

24 Baker & Rosevear, and Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs,

25 LLC, by and through their attorneys John J. Gezelin, Esq., and Frank W. Thompson, Esq., of

26 Erwin Thompson Faillers, and Defendants Thomas B. Thomas and Linda M. Thomas, by and

27 through their attorney Taylor Jenkins, Esq.  stipulate and agree to vacate and continue the

28 settlement conference currently scheduled at 9:00 a. m. on June 27, 2018 before the Honorable

Magistrate Judge Robert A. McQuaid.

Defendants counsel John J. Gezelin, Esq., and Frank W. Thompson, Esq., of Erwin Thompson Faillers, requested the parties to agree to vacate and continue the settlement conference for a period of approximately 30 days because they are attempting to obtain insurance coverage for Getto Subs, LLC pursuant to the terms of a commercial general liability Insurance policy with Capital Insurance Group, an issue that will remain unresolved for at least 30 days.

WALSH, BAKER & ROSEVEAR

By: _____
James M. Walsh, Esq
jmwalsh@wbrl.net
Walsh, Baker & Rosevear
9468 Double R Boulevard, Suite A
Reno, NV 89521
Telephone: 775/853-0883

Attorneys for Plaintiff, Port of Subs, Inc.

JOHN J. GEZELIN, ESQ.
john@gezelinlaw.com
Nevaaa State Bar No. 81

405 Marsh Avenue, Main Floor
Reno, NV 89509

ERWIN THOMPSON FAILLERS

By: _____
Frank W. Thompson, Esq
frank2thompson.reno.nv.us
Erwin Thompson Faillers
241 Ridge Street, Suite 210
Reno, NV 89501
Telephone: 775/786-9494

Attorneys for Defendants Michael Casey, Claudia Casey, John Getto and Getto Subs, LLC

By: _____
Taylor M. Jenkins, Esq.
2035 Peaceful Valley Dr.
Reno, NV 89521
Telephone: 776-622-6285

Attorneys for Defendants Thomas B. Thomas, Linda M. Thomas, and Port Fallon, Inc.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2018

2