Charles L. Burcham, Esq.
Nevada Bar No. 2673
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
clb@thorndal.com
Attorney for Defendants
MICHAEL CASEY, CLAUDIA CASEY,
JOHN GETTO and GETTO SUBS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PORT OF SUBS, INC., a Nevada Corporation,

Plaintiff,

vs.

THOMAS B. THOMAS; LINDA M. THOMAS; MICHAEL CASEY; CLAUDIA CASEY; JOHN GETTO; GETTO SUBS, INC.; PORT FALLON, INC.,

Defendants.

Case No.: 3:18-cv-00085-MMD-WGC

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, PORT OF SUBS, INC., and Defendants MICHAEL CASEY, CLAUDIA CASEY, JOHN GETTO, and GETTO SUBS, INC., by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice as to Defendants MICHAEL CASEY, CLAUDIA CASEY, JOHN GETTO, and GETTO SUBS, INC., only, and reserving claims by Port of Subs, Inc., against Thomas B. Thomas, Linda M. Thomas, and Port Fallon, Inc., and each

///
///
///
///
///

party to bear their own costs and attorney's fees.

DATED this 5th day of September, 2018.　　　DATED this ___ day of _____, 2018.

WALSH, BAKER & ROSEVEAR　　　　　　　GEZELIN & ASSOCIATES


By: _____　　　By: _____
　　JAMES M. WALSH, ESQ.　　　　　　　　　　JOHN J. GEZELIN, ESQ.
　　9468 Double R Blvd., Suite A　　　　　　　　405 Marsh Avenue
　　Reno, NV 89521　　　　　　　　　　　　　　Reno, NV 89509
　　Attorney for Plaintiff　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL CASEY, CLAUDIA
　　　　　　　　　　　　　　　　　　　　　　　CASEY, JOHN GETTO, and GETTO
　　　　　　　　　　　　　　　　　　　　　　　SUBS, INC.

DATED this ___ day of _____, 2018.　　　DATED this ___ day of _____, 2018.

ERWIN THOMPSON FAILLERS　　　　　　　THORNDAL ARMSTRONG DELK
　　　　　　　　　　　　　　　　　　　　　　　BALKENBUSH & EISINGER


By: _____　　　By: _____
　　FRANK THOMPSON, ESQ.　　　　　　　　　CHARLES L. BURCHAM, ESQ.
　　241 Ridge Street, Suite 210　　　　　　　　　State Bar No. 2673
　　Reno, NV 89501　　　　　　　　　　　　　　6590 S. McCarran, Suite B
　　Attorney for Defendants　　　　　　　　　　Reno, Nevada 89509
　　MICHAEL CASEY, CLAUDIA　　　　　　　　Attorney for Defendants
　　CASEY, JOHN GETTO, and GETTO　　　　　MICHAEL CASEY, CLAUDIA
　　SUBS, INC.　　　　　　　　　　　　　　　　CASEY, JOHN GETTO, and GETTO
　　　　　　　　　　　　　　　　　　　　　　　SUBS, INC.

## **ORDER**

　　IT IS SO ORDERED this ___ day of _____, 2018.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

party to bear their own costs and attorney's fees.

DATED this ____ day of _____, 2018.  DATED this 4th day of Sept., 2018.

WALSH, BAKER & ROSEVEAR  GEZELIN & ASSOCIATES

By: _____  By: /s/ John J. Gezelin
    JAMES M. WALSH, ESQ.      JOHN J. GEZELIN, ESQ.
    9468 Double R Blvd., Suite A      405 Marsh Avenue
    Reno, NV 89521      Reno, NV 89509
    Attorney for Plaintiff      Attorney for Defendants
        MICHAEL CASEY, CLAUDIA
        CASEY, JOHN GETTO, and GETTO
        SUBS, INC.

DATED this ____ day of _____, 2018.  DATED this ____ day of _____, 2018.

ERWIN THOMPSON FAILLERS  THORNDAL ARMSTRONG DELK
        BALKENBUSH & EISINGER

By: _____  By: _____
    FRANK THOMPSON, ESQ.      CHARLES L. BURCHAM, ESQ.
    241 Ridge Street, Suite 210      State Bar No. 2673
    Reno, NV 89501      6590 S. McCarran, Suite B
    Attorney for Defendants      Reno, Nevada 89509
    MICHAEL CASEY, CLAUDIA      Attorney for Defendants
    CASEY, JOHN GETTO, and GETTO      MICHAEL CASEY, CLAUDIA
    SUBS, INC.      CASEY, JOHN GETTO, and GETTO
        SUBS, INC.

## **ORDER**

IT IS SO ORDERED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

party to bear their own costs and attorney's fees.

DATED this ____ day of _____, 2018.     DATED this ____ day of _____, 2018.

WALSH, BAKER & ROSEVEAR                    GEZELIN & ASSOCIATES


By: _____         By: _____
    JAMES M. WALSH, ESQ.                       JOHN J. GEZELIN, ESQ.
    9468 Double R Blvd., Suite A               405 Marsh Avenue
    Reno, NV 89521                             Reno, NV 89509
    Attorney for Plaintiff                     Attorney for Defendants
                                               MICHAEL CASEY, CLAUDIA
                                               CASEY, JOHN GETTO, and GETTO
                                               SUBS, INC.

DATED this 5th day of September, 2018.      DATED this ____ day of _____, 2018.

ERWIN THOMPSON FAILLERS                    THORNDAL ARMSTRONG DELK
                                           BALKENBUSH & EISINGER


By: _/s/ Frank Thompson_____           By: _____
    FRANK THOMPSON, ESQ.                       CHARLES L. BURCHAM, ESQ.
    241 Ridge Street, Suite 210                State Bar No. 2673
    Reno, NV 89501                             6590 S. McCarran, Suite B
    Attorney for Defendants                    Reno, Nevada 89509
    MICHAEL CASEY, CLAUDIA                     Attorney for Defendants
    CASEY, JOHN GETTO, and GETTO               MICHAEL CASEY, CLAUDIA
    SUBS, INC.                                 CASEY, JOHN GETTO, and GETTO
                                               SUBS, INC.

## **ORDER**

IT IS SO ORDERED this ___ day of _____, 2018.


_____
UNITED STATES DISTRICT JUDGE

party to bear their own costs and attorney's fees.

DATED this ___ day of _____, 2018.         DATED this ___ day of _____, 2018.

WALSH, BAKER & ROSEVEAR                        GEZELIN & ASSOCIATES

By: _____                   By: _____
    JAMES M. WALSH, ESQ.                           JOHN J. GEZELIN, ESQ.
    9468 Double R Blvd., Suite A                   405 Marsh Avenue
    Reno, NV 89521                                 Reno, NV 89509
    Attorney for Plaintiff                         Attorney for Defendants
                                                   MICHAEL CASEY, CLAUDIA
                                                   CASEY, JOHN GETTO, and GETTO
                                                   SUBS, INC.

DATED this ___ day of _____, 2018.         DATED this 6 day of Sept., 2018.

ERWIN THOMPSON FAILLERS                        THORNDAL ARMSTRONG DELK
                                               BALKENBUSH & EISINGER

By: _____                   By: _____
    FRANK THOMPSON, ESQ.                           CHARLES L. BURCHAM, ESQ.
    241 Ridge Street, Suite 210                    State Bar No. 2673
    Reno, NV 89501                                 6590 S. McCarran, Suite B
    Attorney for Defendants                        Reno, Nevada 89509
    MICHAEL CASEY, CLAUDIA                         Attorney for Defendants
    CASEY, JOHN GETTO, and GETTO                   MICHAEL CASEY, CLAUDIA
    SUBS, INC.                                     CASEY, JOHN GETTO, and GETTO
                                                   SUBS, INC.

## **ORDER**

IT IS SO ORDERED this 6th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE